No. 87–5782.  BECKER *v.* ADAMS DRUG CO., INC., ET AL. C. A. 2d Cir.  Certiorari denied.

No. 87–5783.  BROWN *v.* NEWSOME, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 87–5784.  LEE *v.* PENNSYLVANIA.  Sup. Ct. Pa.  Certiorari denied.

No. 87–5785.  NURSE *v.* SMITH, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 87–5786.  SULLEN *v.* DAVIS, WARDEN.  C. A. 11th Cir. Certiorari denied.

No. 87–5791.  HALL *v.* VIRGINIA.  Ct. App. Va.  Certiorari denied.

No. 87–5797.  VERHAGEN *v.* NEW YORK STATE OFFICE OF COURT ADMINISTRATION ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 87–5801.  ARUNGA *v.* JOHNSON ET AL.  C. A. D. C. Cir. Certiorari denied.

No. 87–5804.  CAVE *v.* SHORTRIDGE ET AL.  C. A. 8th Cir. Certiorari denied.

No. 87–5814.  WILLIS *v.* INDIANA.  Sup. Ct. Ind.  Certiorari denied.

No. 87–5823.  FELLAY *v.* SECRETARY OF THE ARMY ET AL. C. A. 9th Cir.  Certiorari denied.

No. 87–5825.  KRAHN ET AL. *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 87–5827.  MACKAY *v.* GOSS ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 87–5828.  NELSON *v.* BLUDWORTH ET AL.  C. A. 11th Cir. Certiorari denied.

No. 87–5829.  SHOCKEY *v.* TATE, SUPERINTENDENT, CHILLICOTHE CORRECTIONAL INSTITUTE.  C. A. 6th Cir.  Certiorari denied.